OPINIONS OF THE SUPREME COURT OF OHIO

The full texts of the opinions of the Supreme Court of Ohio are being transmitted electronically beginning May 27, 1992, pursuant to a pilot project implemented by Chief Justice Thomas J. Moyer.

Please call any errors to the attention of the Reporter's Office of the Supreme Court of Ohio. Attention: Walter S. Kobalka, Reporter, or Deborah J. Barrett, Administrative Assistant. Tel.: (614) 466-4961; in Ohio 1-800-826-9010. Your comments on this pilot project are also welcome.

NOTE: Corrections may be made by the Supreme Court to the full texts of the opinions after they have been released electronically to the public. The reader is therefore advised to check the bound volumes of Ohio St.3d published by West Publishing Company for the final versions of these opinions. The advance sheets to Ohio St.3d will also contain the volume and page numbers where the opinions will be found in the bound volumes of the Ohio Official Reports.

Copper v. Buckeye Steel Castings et al.
[Cite as Copper v. Buckeye Steel Castings (1993),     Ohio St.3d     .]
Supreme Court declines to answer certified question of state
     law, when-- Factually specific in nature.
     (No. 93-349 -- Submitted September 29, 1993 -- Decided November 10, 1993.)
     On Order from the United States Court of Appeals for the Sixth Circuit Certifying a Question of State Law, No. 92-3002.

     Brenda B. Alleman, for petitioner.
     Vorys, Sater, Seymour & Pease, Jonathan M. Norman and Andrew C. Smith, for respondents.

     The United States Court of Appeals for the Sixth Circuit has certified the following question to us:
     "Whether an employer's discharge of an employee for failing to file request for leave forms pursuant to an established medical leave policy violated Ohio Rev. Code { 4123.90 where the employer is aware that the employee's work-related injury was the cause of his continued absence from work."
     The court declines to answer the question pursuant to S.Ct.R.Prac. XVI(9) because it is not appropriate for this court to answer certified questions of state law that are so factually specific in nature.
     Moyer, C.J., A.W. Sweeney, Douglas, Wright, Resnick, F.E. Sweeney and Pfeifer, JJ., concur.